**Milton PARKS, Petitioner–Appellant,**

v.

**Robert SMITH, Respondent–Appellee.**

No. 01–6529.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Oct. 15, 2001.

Milton Parks, pro se.

Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Milton Parks seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Parks v. Smith,* No. CA–00–318–5–H (E.D.N.C. Mar. 6, 2001). We also deny Parks' motions to appoint counsel, dismiss an unexhausted claim, amend an unexhausted claim, and to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*DISMISSED.*